**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13
    Darden, Dolores

    Debtor(s)                              : 17-15780

**ORDER DIRECTING EMPLOYER* TO MAKE WAGE**
**DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**Optum360 Services Inc.**
**Operations MN0008-B213, PO Box 1459**
**Minneapolis, MN 55440**

Re:    **Darden, Dolores**
SSN:   xxx-xx-3605

    The future earnings of the above named debtor Darden, Dolores, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of :**$600.00 for 60 months,** prorata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$600.00 for 60 months**
    Frederick Reigle, Trustee
    P.O. Box 680
    Memphis, TN 38101-0680

    BY THE COURT:_____
                    JUDGE **STEPHEN RASLAVICH**
                            **Dated: August 30, 2017**

Optum360 Services Inc.
Operations MN0008-B213, PO Box 1459
Minneapolis, MN 55440

Darden, Dolores

1118 Willow Street
Norristown, PA 19401


Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123