**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : Chapter 13
Darden, Dolores

Debtor  : 17-15780

### ORDER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, this _____day of _____, 2018, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $8,500.00 and $0.00 in expenses are **ALLOWED,** and the unpaid balance of $8,250.00 and $0.00 shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge

**Date: October 22, 2018**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, , Interim Trustee
P.O. Box 680
Reading, PA 19606

Darden, Dolores
1118 Willow Street
Norristown, PA 19401